# INMATE REQUEST TO OFFICIALS
## PETICION PRISIONERA A OFICIALES

Inmate's Name: Kelly Moore
Nombre de prisionero:

SO# 112442

Date: 06/19/17          Time: 1:55pm
Fecha:                  Hora:

Housing area: FM7
Espacio Domicilio

Request:
Suplica:

FILED IN
11th COURT OF APPEALS
EASTLAND, TEXAS
6/22/17 8:33:50 AM
SHERRY WILLIAMSON
Clerk
JUN 21 2017
Taylor County
Indigent Defense
Received

I went to court June 15, 2017. My lawyer railroaded me into signing for 10 years TDC. I am MHMR and did NOT understand what I was signing. I want to file an appeal. I also want a new court appointed attorney. I also need to file with the State Board and need that address. Thank you. My attorney is David Thedford. I also would like a copy of all of my legal paperwork from my attorney.

FILED
AT 3:50 O'CLOCK P M

JUN 21 2017

20413-B
20692-B

Tammy Robinson
DISTRICT CLERK, TAYLOR COUNTY, TEXAS
DEPUTY

06/21/17 - Forwarded to Taylor County District Clerk's Office -

SHARON MILLER SM
INDIGENT DEFENSE COORDINATOR
TAYLOR COUNTY COURTHOUSE
300 OAK STREET, SUITE 504
ABILENE, TEXAS 79602